UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED _____ D.C.

05 SEP -2  AM 11: 3~

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ALPHONZO CHALMERS

v.

GLEN TURNER

JUDGMENT IN A CIVIL CASE

CASE NO: 03-2908-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on March 29, 2005, this cause is hereby dismissed.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

September 2, 2005
Date

Clerk of Court

(By)  Deputy Clerk

42

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02908 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Alphonzo Chalmers
HCCF-WHITEVILLE
228717
P.O. Box 549
Whiteville, TN 38075--054

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Ross Dyer
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Honorable Bernice Donald
US DISTRICT COURT